```
FILED
May 05, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>              Plaintiff,                    )<br>v.                                                    )<br>                                                         )<br>TAN NAN LIN,                             )<br>              Defendant.               )<br>_____)  | Case No. CR.S-11-0148-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release TAN NAN LIN, Case No. CR.S-11-0148-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

     _X_ Co-Signed Unsecured Appearance Bond

     ____ Secured Appearance Bond

     _X_ (Other) Conditions as stated on the record.

     ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-05-2011  at  3:15 p.m.

By _____
    Edmund F. Brennan
    United States Magistrate Judge